```
 1  United States Attorney
 2  FREDERICK M. BROSIO, JR.
    Assistant United States Attorney
 3  Chief, Civil Division
    HUGH W. BLANCHARD
 4  Assistant United States Attorney
    United States Court House
 5  312 North Spring Street
    Los Angeles, California 90012
 6  Telephone: (213) 894-2470
 7  Attorneys for Plaintiff
```

ENTERED
FEB 17 1987

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 86 A 50340 |
| Plaintiff | JUDGMENT |
| vs. | |
| SCOTT ALAN LITTLE | |
| Defendant(s) | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from said defendant(s) in the sum of $ 4,957.65 as principal, $ 587.81 as prejudgment accrued interest and $ 28.76 as costs for a total amount of $ 5,574.22.

Judgment to accrue interest at 6.09 % per annum until paid.

DATED: This _____ day of FEB 17 1987, 19___.

LEONARD BROSNAN, Clerk
U.S. District Court
Central District of California

By: William L. Horrell
    Deputy Clerk